UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00557-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MATIAS ZAVALA-GARCIA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 13 2010,** and responses to these motions shall be filed by **Monday, December 27, 2010.** It is

FURTHER ORDERED that a jury trial is set for **Monday, January 3, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  November 10, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge