UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00557-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MATIAS ZAVALA-GARCIA,

     Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on December 13, 2010. The jury trial set for Monday, January 3, 2011, is **VACATED**.  A Change of Plea hearing is set for **Wednesday, January 26, 2011, at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  December 13, 2010