UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00557-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MATIAS ZAVALA-GARCIA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The change of plea hearing set for Wednesday, January 26, 2011, at 3:00 p.m. is **VACATED** and a status conference is set for **Friday, February 25, 2011, at 11:00 a.m., in Courtroom A-1002.**

      Dated:  January 27, 2011.