UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00557-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MATIAS ZAVALA-GARCIA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Counsel for Defendant shall file a status report on or before **Wednesday, March 9, 2011.**

      Dated:  February 28, 2011.