UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00557-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MATIAS ZAVALA-GARCIA,

    Defendant.

## ORDER

This matter is before the Court on a review of the status report filed by Defendant on March 9, 2011.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, March 25, 2011,** and responses to these motions shall be filed by **Monday, April 11, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, is set for **Monday, April 18, 2011, at 9:00 a.m. in courtroom A-1002** for **two (2) hours.**  It is

Dated:  March 9, 2011

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge