IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00557-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATIAS ZAVALA-GARCIA,

      Defendant.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file.  Due to a conflict in trial dates for this trial and another case on Chief Judge Daniel's calendar, speedy trial requirements in this case cannot be met without reassignment of this case to another judge.  Accordingly, pursuant to D.C.COLO.LCrR 50.1.A, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Senior Circuit Judge David M. Ebel** with the understanding that Judge Ebel will assume responsibility for the future management and trial of the case including consideration of all post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.  A Trial Preparation Conference is set for **June 20, 2011 at 4:00 p.m.** and shall remain as set.  A three-day jury trial is scheduled to commence on Monday, **June 27, 2011 at 9:00 a.m.** and shall remain as set.  Counsel shall forthwith contact Judge Ebel's chambers to confirm applicable procedures and schedule.

Dated:  June 15, 2011.

BY THE COURT:

 s/Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge