**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Circuit Judge David M. Ebel**

Criminal Case No.  10-cr-00557-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATIAS ZAVALA-GARCIA,

    Defendant.

---

## ORDER
---

    THIS MATTER coming before the Court upon Defendant Matias Zavala-Garcia's Notice of Disposition and Motion for Change of Plea Hearing [Doc. No. 42].  The motion is GRANTED.

    IT IS HEREBY ORDERED that the trial scheduled for June 27, 2011, is VACATED.

    IT IS FURTHER ORDERED that a Change of Plea Hearing is scheduled for June 27, 2011, at 10:00 a.m.

    Dated this 23rd day of June, 2011.

                                                    BY THE COURT

                                                    *s/ David M. Ebel*

                                                    CIRCUIT JUDGE DAVID M. EBEL
                                                    UNITED STATES DISTRICT COURT
                                                    DISTRICT OF COLORADO